# Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

_____

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222    FAX (330) 455-1240

TRANSMITTAL OF UNCLAIMED FUNDS

April 2, 2014

08-63858

BETH A RUNSER

CREDITOR DID NOT CASH CHECK

CHECK #652316  FOR $2,245.37   CLAIM # 001-7A

ONEWEST BANK
O BOX 829009
DALLAS, TX 75382-9009