# Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

_____

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222    FAX (330) 455-1240

## TRANSMITTAL OF UNCLAIMED FUNDS

April 2, 2014

08-63858

    BETH A RUNSER

    CREDITOR DID NOT CASH CHECK

    CHECK #652316  FOR $412.48   CLAIM # 008

    ONEWEST BANK
    O BOX 829009
    DALLAS, TX 75382-9009