**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.**




Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 08-63858 |
| | ) | Chapter 13 |
| Beth A. Runser aka Beth Runser | ) | Judge Russ Kendig |
| | ) | |
| | ) | PETITION FOR UNCLAIMED FUNDS |
| Debtors | ) | AND ORDER THEREON[1] |

Mary E. Krasovic _____, the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. *Identification of Claimant.* The Claimant's current name, address, and telephone number are:
   Name: Ocwen Loan Servicing
   Address: Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605
   Telephone Number: 855-689-7367

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court, or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.

2. *Amount of Distribution.* The Claimant was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $ 1,889.40 _____. The Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A, and will be docketed as private docket events.

3. *Evidence of Funds Due.* The funds due Claimant were deposited with the Court pursuant to 11 U.S.C. § 347. As evidence thereof, the following document is appended to the Petition (check applicable box):

   ☐ a copy of the Unclaimed Funds Search web page;

   ☐ a copy of the court order depositing the funds into the Treasury/Registry as unclaimed;

   ☐ a copy of the receipt and attached list of parties entitled to the unclaimed funds;

   ☑ other supporting documentation (please describe): File stamped copy of the Chapter 13 Trustee's Transmittal of Unclaimed Funds _____.

4. *Legal Status of Petitioner.* The following checked statement applies:

   ☐ Petitioner is the Claimant.

   ☑ Petitioner is an attorney at law representing the Claimant.

   ☐ Petitioner is the Authorized Representative of the Claimant.

   ☐ Petitioner is an attorney at law representing the Authorized Representative of the Claimant.

   ☐ The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):

   _____

   _____

5. *Authorized Representative of Claimant.* If the Petitioner is the Authorized Representative of the Claimant, or an attorney at law representing the Authorized Representative of the Claimant, append to the Petition a notarized, original power of attorney signed by the Claimant on whose behalf the representative is acting.

2

6.   *Status of Successor Claimant.* If the current Claimant is not the original holder of the claim, the following requirements apply:

    (a)   *Successor Business.* If Claimant is a Successor Business Claimant, check this box ☐ and append to the Petition the following documents:
- a notarized power of attorney signed by an officer of the successor business;
- a statement of the signing officer's authority; and
- documentation establishing chain of ownership from the Business Claimant.

    (b)   *Transferred Claim.* If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☑ and append to the Petition documentation evidencing the transfer of claim.

    (c)   *Decedent's Estate.* If the owner of record is deceased and the Claimant is the decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7.   *Verification of Claim.* Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8.   *False Statements.* Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9.   *Exhibit A.* Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10.  *Service.* Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this 11 day of November, 2014 to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the Petitioner.

3

Under penalty of perjury, I, the Claimant, or the Authorized Representative of the Claimant, certify that:

1. The information contained herein is true and correct to the best of my knowledge, information, and belief;
2. The Tax ID/Social Security Number on Exhibit A is correct, and;
3. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and;
4. I am (a) an individual who is a U.S. citizen or U.S. resident alien, or (b) a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

_(Corporate Seal, if applicable)_      Signature of Claimant or Authorized Representative of Claimant        11/11/14
_Date_

State of Florida
County of Palm Beach

Before me on  11/11/14  personally appeared the Claimant or the Authorized Representative of Claimant _(insert name and title of signer)_ Rufus Meyers
SENIOR Counsel, Ocwen Loan Servicing, LLC
(personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL)

LAURIE STEVENSON
MY COMMISSION # FF 141254
EXPIRES: November 11, 2018
Bonded Thru Budget Notary Services

Notary Public

My commission expires on  11/11/18

/s/ Mary E. Krasovic  (0085380)
_Petitioner's Signature (Bar Number if Attorney)_

Manely Deas Kochalski LLC

P.O. Box 165028, Columbus, OH 43216-5028
_Petitioner's Address_

P: 614-220-5611; F: 614-627-8181
_Petitioner's Phone Number_

mek@manleydeas.com

IT IS SO ORDERED.
# # #

4

## Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

---

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222    FAX (330) 455-1240

### TRANSMITTAL OF UNCLAIMED FUNDS

**April 24, 2014**

**08-63858**

**BETH A RUNSER**

**CREDITOR DID NOT CASH CHECK**

**CHECK #653035  FOR $138.96  CLAIM # 008**

**ONEWEST BANK**
**PO BOX 829009**
**DALLAS, TX 75382-9009**

# Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222     FAX (330) 455-1240

## TRANSMITTAL OF UNCLAIMED FUNDS

April 24, 2014


08-63858

BETH A RUNSER

**CREDITOR DID NOT CASH CHECK**

**CHECK #653035  FOR $756.39  CLAIM # 001-7A**

ONEWEST BANK
PO BOX 829009
DALLAS, TX 75382-9009

# Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222    FAX (330) 455-1240

### TRANSMITTAL OF UNCLAIMED FUNDS

**April 24, 2014**

08-63858

**BETH A RUNSER**

**CREDITOR DID NOT CASH CHECK**

**CHECK #653035  FOR $994.05  CLAIM # 001-7**

**ONEWEST BANK**
**PO BOX 829009**
**DALLAS, TX 75382-9009**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re Beth A. Runser aka Beth Runser          ,          Case No. 08-63858

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Deutsche Bank National Trust Company
C/o Ocwen Loan Servicing, LLC
Name of Transferee

OneWest Bank, FSB
Name of Transferor

Name and Address where notices to transferee should be sent:
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Court Claim # (if known):     1-7
Amount of Claim:     $93,014.18
Date Claim Filed:     05/11/2012

Phone:   1-855-689-7367
Last Four Digits of Acct #:      4934

Phone:  N\A
Last Four Digits of Acct. #:      1350

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Phone:  1-855-689-7367
Last Four Digits of Acct #:      4934

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Vanessa Mass_____          Date: _7/8/14_____

Transferee/Transferee's Agent          **Vanessa Mass**

**Contract Management Coordinator**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 & 3571.

*After Recording Return To:*

LIMITED POWER OF ATTORNEY

*3060*

KNOW ALL MEN BY THESE PRESENTS, that Deutsche Bank National Trust Company, a national banking association organized and existing under the laws of the United States and having its usual place of business at 1761 East St. Andrew Place, Santa Ana, California, 92705, as Trustee (the "Trustee") pursuant to the Pooling and Servicing Agreements (the "Agreements") for the trusts referenced on Exhibit A, hereby constitutes and appoints Ocwen Loan Servicing, LLC in its capacity as successor servicer under each of the Agreements (the "Servicer"), by and through the Servicer's officers, the Trustee's true and lawful Attorney-in-Fact, in the Trustee's name, place and stead and for the Trustee's benefit, in connection with all mortgage loans serviced by the Servicer pursuant to the Agreement solely for the purpose of performing such acts and executing such documents in the name of the Trustee necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages or deeds of trust (the "Mortgages" and the "Deeds of Trust" respectively) and promissory notes secured thereby (the "Mortgage Notes") for which the undersigned is acting as Trustee for various certificateholders (whether the undersigned is named therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage or Deed of Trust) and for which Ocwen Loan Servicing, LLC is acting as the Servicer.

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreements shall be construed to the contrary:

1. The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recording is solely for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued; provided that (i) said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured and (ii) otherwise conforms to the provisions of the Agreements.

2. The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to trustees to accomplish same.

3. The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4. The completion of loan assumption agreements.

5. The full satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6. The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7. The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8. The full enforcement of and preservation of the Trustee's interests in the Mortgage Notes, Mortgages or Deeds of Trust, and in the proceeds thereof, by way of, including but not limited to, foreclosure, the taking of a deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or the termination, cancellation or rescission of any such foreclosure, the initiation, prosecution and completion of eviction actions or proceedings with respect to, or the termination, cancellation or rescission of any such eviction actions or proceedings, and the pursuit of title insurance, hazard insurance and claims in bankruptcy proceedings, including, without limitation, any and all of the following acts:

   a. the substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

   b. the preparation and issuance of statements of breach or non-performance;

   c. the preparation and filing of notices of default and/or notices of sale;

   d. the cancellation/rescission of notices of default and/or notices of sale;

   e. the taking of deed in lieu of foreclosure;

   f. the filing, prosecution and defense of claims, and to appear on behalf of the Trustee, in bankruptcy cases affecting Mortgage Notes, Mortgages or Deeds of Trust;

   g. the preparation and service of notices to quit and all other documents necessary to initiate, prosecute and complete eviction actions or proceedings;

   h. the tendering, filing, prosecution and defense, as applicable, of hazard insurance and title insurance claims, including but not limited to appearing on behalf of the Trustee in quiet title actions; and

2

i.     the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.h. above.

9.     With respect to the sale of property acquired through a foreclosure or deed-in lieu of foreclosure, including, without limitation, the execution of the following documentation:

       a.     listing agreements;

       b.     purchase and sale agreements;

       c.     grant/warranty/quit claim deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same;

       d.     escrow instructions; and

       e.     any and all documents necessary to effect the transfer of property.

10.     The modification or amendment of escrow agreements established for repairs to the mortgaged property or reserves for replacement of personal property.

The undersigned gives said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in-Fact is executed as the date hereof and is effective as of **November 21, 2013.**

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as a general power of attorney.

Solely to the extent that the Servicer has the power to delegate its rights or obligations under the Agreement, the Servicer also has the power to delegate the authority given to it by Deutsche Bank National Trust Company, as Trustee, under this Limited Power of Attorney, for purposes of performing its obligations and duties by executing such additional powers of attorney in favor of its attorneys-in-fact as are necessary for such purpose. The Servicer's attorneys-in-fact shall have no greater authority than that held by the Servicer.

Nothing contained herein shall (i) limit in any manner any indemnification provided by the Servicer to the Trustee under the Agreement, or (ii) be construed to grant the Servicer the power to initiate or defend any suit, litigation or proceeding in the name of Deutsche Bank National Trust Company except as specifically provided for herein. If the Servicer receives any notice of suit, litigation or proceeding in the name of Deutsche Bank National Trust Company, then the Servicer shall promptly forward a copy of same to the Trustee.

3

This limited power of attorney is not intended to extend the powers granted to the Servicer under the Agreements or to allow the Servicer to take any action with respect to Mortgages, Deeds of Trust or Mortgage Notes not authorized by the Agreements.

The Servicer hereby agrees to indemnify and hold the Trustee and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Servicer of the powers granted to it hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreements or the earlier resignation or removal of the Trustee or the Servicer under the Agreements.

This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York, without regard to conflicts of law principles of such state.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall continue in full force and effect and has not been revoked unless an instrument of revocation has been made in writing by the undersigned.

IN WITNESS WHEREOF, Deutsche Bank National Trust Company, as Trustee has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this **21st day of November 2013**.

Deutsche Bank National Trust Company,
as Trustee for the trusts listed on Exhibit A

By: _____
Name: Jennifer Van Dyne
Title: Assistant Vice President

4

Witness:

Tuan Quach

Witness:

Jenny Pilapil

Prepared by:

Name: Gisselle Picard
Title: Associate
Address:     Deutsche Bank National Trust Company
             1761 E. Saint Andrew Place
             Santa Ana, CA 92705


State of California

County of Orange


On **November 21, 2013**, before me, **Jerome Jackson**, a Notary Public, personally appeared **Jennifer Van Dyne**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that **she** executed the same in **her** authorized capacity, and that by **her** signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
            (SEAL)

Notary Public, State of California

JEROME JACKSON
Commission # 2011614
Notary Public - California
Orange County
My Comm. Expires Mar 14, 2017

5

**EXHIBIT A**

| TRUST | AGREEMENT DATE |
|---|---|
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INDS 2006-1 | April 1, 2006 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INDS 2006-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INDS 2006-A | May 1, 2006 |
| INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, MORTGAGE PASS-THROUGH CERTIFICATES CERTIFICATES Series 2007-A1 | June 1, 2007 |
| INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, MORTGAGE PASS-THROUGH CERTIFICATES CERTIFICATES Series 2007-A2 | August 1, 2007 |
| INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, MORTGAGE PASS-THROUGH CERTIFICATES CERTIFICATES Series 2007-A3 | September 1, 2007 |
| INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, MORTGAGE PASS-THROUGH CERTIFICATES CERTIFICATES Series 2007-A4 | December 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR1 | September 1, 2005 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR2 | August 1, 2006 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR3 | October 1, 2006 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR1 | January 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR2 | April 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR3 | May 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR4 | June 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR5 | July 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR6 | August 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 | September 1, 2007 |
| INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR8 | November 1, 2007 |
| INDYMAC INDB MORTGAGE LOAN TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES Series INDB 2005-1 | September 1, 2005 |
| INDYMAC MORTGAGE LOAN TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES Series INDB 2006-1 | June 1, 2006 |

| | |
|---|---|
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR1 | March 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR11, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR11 | November 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR12 | November 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR14, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR14 | December 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR15, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR15 | December 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR2 | June 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR5 | August 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR7 | August 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR8, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR8 | September 1, 2004 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR11, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR11 | June 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 | June 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR13, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR13 | June 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR15, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR15 | July 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR17 | July 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR18, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR18 | September 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR19, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR19 | August 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR2 | January 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR21, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR21 | August 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR23, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR23 | September 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR25, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR25 | October 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR27, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR27 | October 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR29, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR29 | November 1, 2005 |

| | |
|---|---|
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR3 | February 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR33, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR33 | December 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR35, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR35 | December 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR5 | March 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR7 | April 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR8, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR8 | April 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR9, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR9 | May 1, 2005 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR11 | April 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR12 | July 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR13 | May 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR14 | October 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR15 | May 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR19 | June 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR2 | February 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR21 | June 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR23 | July 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR25 | July 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR27 | August 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR29 | September 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR3 | February 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR31 | September 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR35 | November 1, 2006 |

| | |
|---|---|
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR39 | December 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR4 | March 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR41, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR41 | December 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR5 | March 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR6 | April 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR7 | March 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR8 | May 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR9 | April 1, 2006 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR1 | February 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR11 | April 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR13 | May 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR15 | June 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR17 | June 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR19, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR19 | July 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR21IP | October 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR5 | March 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 | April 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR9 | April 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-FLX3 | April 1, 2007 |
| INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-FLX4 | May 1, 2007 |
| INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, RESIDENTIAL MORTGAGE-BACKED CERTIFICATES, SERIES 2006-L1 | March 1, 2006 |
| INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3' RESIDENTIAL MORTGAGE-BACKED CERTIFICATES, SERIES 2006-L3 | September 1, 2006 |

| | |
|---|---|
| INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, RESIDENTIAL MORTGAGE-BACKED CERTIFICATES, SERIES 2006-L4 | December 1, 2006 |
| INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL MORTGAGE-BACKED CERTIFICATES, SERIES 2007-L1 | March 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-B | February 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A4, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-D | March 2, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-E | April 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A8 MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-H | June 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-I | July 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A1 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-A | February 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A2 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-B | March 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A5 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-E | June 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A6 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-F | June 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-G | August 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A8 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-H | September 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A1 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-A | February 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A10 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-J | August 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A13 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-M | September 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A14 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-N | October 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A16 MORTGAGE PASS-THROUGH CERTIFICATES, Series 2005-P | December 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A3 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-C | March 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A8CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-H | June 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-A | January 1, 2006 |

| | |
|---|---|
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-K | August 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-P | December 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2 MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-B | March 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-C | March 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB MORTGAGE PASS-THROUGH CERTIFICATES, Series 2006-E | April 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A6 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-F | April 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-G | May 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A8 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-H | June 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-I | July 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2002-A12 MORTGAGE PASS-THROUGH CERTIFICATES Series 2002-L | September 1, 2002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2002-A13 MORTGAGE PASS-THROUGH CERTIFICATES Series 2002-M | October 1, 2002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2002-A15 MORTGAGE PASS-THROUGH CERTIFICATES Series 2002-O | November 1, 2002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2002-A16 MORTGAGE PASS-THROUGH CERTIFICATES Series 2002-P | December 1, 2002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-A | January 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A11, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-K | September 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-L | September 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A13, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-M | November 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A14, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-N | December 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A15, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-O | December 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A6 MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-F | May 1, 2003 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A10 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-J | December 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A3 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-C | April 1, 2004 |

| | |
|---|---|
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-I | October 1, 2004 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A11CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-K | September 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-O | December 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A2 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-B | January 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A6CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-F | May 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-G | May 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-I | June 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A10 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-J | July 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A12 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-L | September 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A13 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-M | October 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A14CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-N | October 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A15 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-O | November 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-D | March 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A6 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-F | May 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A7CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-G | May 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A8 MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-H | June 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A9CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-I | July 1, 2006 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2007-A1 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-A | January 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2007-A2 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-B | February 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2007-A3 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-C | February 1, 2007 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2007-A5 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-E | March 1, 2007 |
| RESIDENTIALASSET SECURITIZATION TRUST Series 2003-A7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-G | June 1, 2003 |

| | |
|---|---|
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2002-A14J MORTGAGE PASS-THROUGH CERTIFICATES Series 2002-N | November 1, 2002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2005-A4 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-D | March 1, 2005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST Series 2003-A10, MORTGAGE PASS-THROUGH CERTIFICATES Series 2003-J | August 1, 2003 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-A | January 1, 2006 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-B | March 1, 2006 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-C, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-C | June 1, 2006 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-D, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-D | September 1, 2006 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2006-E, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2006-E | December 1, 2006 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2007-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2007-A | March 1, 2007 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series INABS 2007-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series INABS 2007-B | June 1, 2007 |
| INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR1 | June 1, 2007 |
| INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR2 | July 1, 2007 |
| INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-F1 | May 1, 2007 |
| INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-F2 | June 1, 2007 |
| INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-F3 | August 1, 2007 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series SPMD 2001-B HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series SPMD 2001-B | June 1, 2001 |
| HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST Series SPMD 2003-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES Series SPMD 2003-A | August 1, 2003 |
| IndyMac INDX Mortgage Loan Trust 2005-AR31, Mortgage Pass-Through Certificates Series 2005-AR31 | November 1, 2005 |

## CERTIFICATE OF SERVICE

This is to certify that on November 11, 2014, a true and accurate copy of the foregoing Petition for Unclaimed Funds was served:

Via the Courts Electronic Case Filing System on these entities an individuals who are listed on the courts Electronic Mail Notice List:

Office of U.S. Trustee
Northern District of Ohio
Party of Interest
(Registered address)@usdoj.gov

Toby L Rosen
Chapter 13 Trustee
hlatzan@chapter13canton.com

Joy S. Wagner
Attorney for Beth A. Runser
attyjoywagner@sbcglobal.net

And by regular U.S. Mail, postage prepaid on:

Beth A. Runser
727 Poplar Street
Canal Fulton, OH 44614

Beth A. Runser
Jeff Runser
727 Poplar Avenue
Canal Fulton, OH 44614

Stark County Treasurer
110 Central Plaza South
Suite 510
Canton, OH 44702

United States Attorney for the Northern
District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Suite 400
Cleveland, OH 44113


/s/ Mary E. Krasovic

14-015269_TEL2